JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
County of San Diego

## DEFENDANTS
Dept. of Homeland Security; Kristi Noem, official cap.; Immigration and Customs Enforcement; Todd Lyons, official cap.; CoreCivic Inc.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Michael P. Masterson; David M. Stotland; Office of County Counsel
1600 Pacific Highway, Room 355, San Diego CA 92101; (619) 531-4860

Attorneys *(If Known)*

**'26CV1520 JES MSB**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1 U.S. Government Plaintiff
- ❑ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ❑ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane ❑ 365 Personal Injury - | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Product Liability | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | Liability ❑ 367 Health Care/ | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & Pharmaceutical | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| & Enforcement of Judgment | Slander Personal Injury | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' Product Liability | | ❑ 835 Patent - Abbreviated | ❑ 460 Deportation |
| ❑ 152 Recovery of Defaulted | Liability ❑ 368 Asbestos Personal | | New Drug Application | ❑ 470 Racketeer Influenced and |
| Student Loans | ❑ 340 Marine Injury Product | | ❑ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ❑ 345 Marine Product Liability | | | ❑ 480 Consumer Credit |
| ❑ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❑ 485 Telephone Consumer |
| of Veteran's Benefits | ❑ 350 Motor Vehicle ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | Protection Act |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle ❑ 371 Truth in Lending | Act | ❑ 862 Black Lung (923) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | Product Liability ❑ 380 Other Personal | ❑ 720 Labor/Management | ❑ 863 DIWC/DIWW (405(g)) | ❑ 850 Securities/Commodities/ |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal Property Damage | Relations | ❑ 864 SSID Title XVI | Exchange |
| ❑ 196 Franchise | Injury ❑ 385 Property Damage | ❑ 740 Railway Labor Act | ❑ 865 RSI (405(g)) | ❑ 890 Other Statutory Actions |
| | ❑ 362 Personal Injury - Product Liability | ❑ 751 Family and Medical | | ❑ 891 Agricultural Acts |
| | Medical Malpractice | Leave Act | | ❑ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ❑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❑ 895 Freedom of Information |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights **Habeas Corpus:** | ❑ 791 Employee Retirement | ❑ 870 Taxes (U.S. Plaintiff | Act |
| ❑ 220 Foreclosure | ❑ 441 Voting ❑ 463 Alien Detainee | Income Security Act | or Defendant) | ❑ 896 Arbitration |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment ❑ 510 Motions to Vacate | | ❑ 871 IRS—Third Party | ☒ 899 Administrative Procedure |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Sentence | | 26 USC 7609 | Act/Review or Appeal of |
| ❑ 245 Tort Product Liability | Accommodations ❑ 530 General | | | Agency Decision |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - ❑ 535 Death Penalty | **IMMIGRATION** | | ❑ 950 Constitutionality of |
| | Employment **Other:** | ❑ 462 Naturalization Application | | State Statutes |
| | ❑ 446 Amer. w/Disabilities - ❑ 540 Mandamus & Other | ❑ 465 Other Immigration | | |
| | Other ❑ 550 Civil Rights | Actions | | |
| | ❑ 448 Education ❑ 555 Prison Condition | | | |
| | ❑ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ❑ 2 Removed from State Court
- ❑ 3 Remanded from Appellate Court
- ❑ 4 Reinstated or Reopened
- ❑ 5 Transferred from Another District *(specify)*
- ❑ 6 Multidistrict Litigation - Transfer
- ❑ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 U.S.C. 706; 28 U.S.C. 2201; 28 U.S.C 2202
Brief description of cause:
Complaint for injunctive and declaratory relief to enforce state-authorized health and safety inspection rights

## VII. REQUESTED IN COMPLAINT:
❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❑ Yes ❑ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE
03/10/2026
SIGNATURE OF ATTORNEY OF RECORD
*Michael Masterson*

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

| Print | Save As... | | Reset |
|---|---|---|---|