DAMON M. BROWN, County Counsel (SBN 242265)
Office of County Counsel, County of San Diego
By: MICHAEL P. MASTERSON, Supervising Deputy (SBN 239246)
     DAVID M. STOTLAND, Supervising Deputy (SBN 206514)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4860
E-mail: Michael.Masterson@sdcounty.ca.gov
          David.Stotland@sdcounty.ca.gov

Attorneys for Plaintiff, County of San Diego

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN DIEGO, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity; CORECIVIC, INC., a Maryland corporation; and DOES 1–50, inclusive.<br><br>Defendants. | No. 3:26-cv-01520-JES-MSB<br><br>**PLAINTIFF COUNTY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:      Hon. James E. Simmons Jr.<br>Dept.:      4B<br>Date:       April 15, 2026<br>Time:       1:00 p.m.<br><br>**Oral Argument Requested**<br><br>Complaint Filed: March 10, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 15, 2026, at 1:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 4B of the U.S. District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Plaintiff County of San Diego ("Plaintiff") will and hereby does move this Court for a preliminary injunction prohibiting Defendants from interfering with Plaintiff's right to conduct a health and safety inspection of the Otay Mesa Detention Facility.

This motion is made pursuant to Fed. R. Civ. Proc. 65, and is based on this notice of motion and motion; the accompanying memorandum of points and authorities; the declaration of Sayone Thihalolipavan, MD, MPH; and upon such other oral and documentary evidence as the Court may wish to consider prior to or at the hearing.

DATED: March 13, 2026                    DAMON M. BROWN, County Counsel


By: *Michael Masterson*
MICHAEL P. MASTERSON, Supervising Deputy
DAVID M. STOTLAND, Supervising Deputy
Attorneys for Plaintiff, County of San Diego
Email: Michael.Masterson@sdcounty.ca.gov
          David.Stotland@sdcounty.ca.gov

2

26cv01520