UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN DIEGO,<br><br>                              Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; CORECIVIC, INC., and DOES 1-50, inclusive.<br><br>                              Defendants. | Case No.: 26-cv-1520-JES-MSB<br><br>**ORDER GRANTING IN PART DEFENDANT'S EX PARTE MOTION TO CONTINUE DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[ECF No. 13]** |

Before the Court is Defendants' ex parte motion for an extension of time to respond to Plaintiff's motion for preliminary injunction, filed on March 13, 2026. ECF No. 13. Defendants argue that good cause exists for a 30-day extension to give them additional time to complete internal investigations and internal discussions regarding the issues raised by Plaintiff and explore a potential resolution. *Id.* At the time of this order, Plaintiff has not responded to the ex parte motion, but Defendants represent in their motion that Plaintiff opposes the extension request. *Id.*

The Court finds good cause to grant an extension, particularly in light of the number of defendants sued and the complexity of the issue presented. However, those factors must

24-cv-1584-JES-VET

be balanced against Plaintiff's opposition to the request and need for timely consideration of its motion. Thus, the Court **GRANTS IN PART** the motion and will grant Defendants a 14-day extension to respond to the motion. Accordingly, the deadlines are modified as follows:

1.    Defendants shall file their opposition to the motion for preliminary injunction by **April 15, 2026**;

2.    Plaintiff shall file its reply by **April 22, 2026**;

3.    The hearing on the motion is **RESET** to **May 6, 2026** at **11:00 a.m.**

**IT IS SO ORDERED.**

Dated: March 30, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

2

24-cv-1584-JES-VET