STRUCK LOVE ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Dana M. Keene, CA Bar #324993
Anne M. Orcutt, AZ Bar #029387
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matthew M. Mahoney, Bar #211184
401 B Street, Ste. 1900
San Diego, CA 92101
(619) 407-0505
mahoney@wmalawfirm.com

*Attorneys for Defendant CoreCivic, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN DIEGO, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity; CORECIVIC, INC., a Maryland corporation; and DOES I–50, inclusive.<br><br>Defendants. | NO. 26-cv-01520-JES-MSB<br><br>**DEFENDANT CORECIVIC'S JOINDER IN FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Honorable James E. Simmons Jr.<br>Courtroom:   4B<br>Date:    May 6, 2026<br>Time:   11:00 a.m. |

26-cv-01520-JES-MSB

Defendant CoreCivic, Inc. ("CoreCivic") hereby joins in Federal Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction. Joinder is proper because the arguments advanced in Federal Defendants' Opposition are also applicable to CoreCivic.

Dated: April 15, 2026

By: s/ Anne M. Orcutt
Daniel P. Struck
Dana M. Keene
Anne M. Orcutt
STRUCK LOVE ACEDO, PLC
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

Matthew M. Mahoney
WITHAM MAHONEY & ABBOTT, LLP
mahoney@wmalawfirm.com

*Attorneys for Defendant CoreCivic, Inc*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 15, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated:  April 15, 2026

By: s/ Anne M. Orcutt