UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN DIEGO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS; CORECIVIC, INC., and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 26-cv-1520-JES-MSB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**[ECF No. 35]** |

Before the Court is the parties' joint motion for an extension of time for Defendants to respond to Plaintiff's complaint. ECF No. 35. The Court **GRANTS** the extension and extends the deadline to Defendants to respond to the complaint to **July 13, 2026**.

**IT IS SO ORDERED.**

Dated: June 9, 2026

Honorable James E. Simmons Jr.
United States District Judge

1

26-cv-1520-JES-MSB