ADAM GORDON
United States Attorney
BETSEY BOUTELLE
Assistant U.S. Attorney
California Bar No. 299754
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8764
Facsimile: (619) 546-7751
Email: betsey.boutelle@usdoj.gov

Attorneys for Federal Defendants

STRUCK LOVE ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
(Admitted Pro Hac Vice)
Dana M. Keene, CA Bar #324993
Anne M. Orcutt, AZ Bar #029387
(Admitted Pro Hac Vice)
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matthew M. Mahoney, Bar #211184
401 B Street, Ste. 1900
San Diego, CA 92101
(619) 407-0505
mahoney@wmalawfirm.com

Attorneys for Defendant CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

COUNTY OF SAN DIEGO,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No.: 26-cv-01520-JES-MSB

**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION/CASE MANAGEMENT CONFERENCE AND EXTEND CORRESPONDING CASE MANAGEMENT DEADLINES**

Plaintiff County of San Diego and Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security, David Venturella, Senior Official performing the duties of the Director of U.S. Immigration and Customs Enforcement ("Federal Defendants"), and Defendant CoreCivic, Inc., respectfully submit this joint motion for an order continuing the Court's Early Neutral Evaluation and Case Management Conference, as well as the corresponding pre-ENE case management deadlines. The parties submit that there is good cause for an extension as follows:

- On June 3, 2026, this Court ordered Defendants to permit Plaintiff to conduct a health and safety inspection of Otay Mesa Detention Center by June 17, 2026, subject to the terms set forth in the order, and further ordered Defendant CoreCivic to produce the facility policies requested by Plaintiff by June 5, 2026. Dkt. 34.
- On June 12, 2026, the County Public Health Officer conducted a health and safety inspection of Otay Mesa Detention Facility, accompanied by two consultants from NCCHC Resources Consultants and a representative from the County Department of Environmental Health.
- In subsequent weeks, the parties cooperated as Plaintiff submitted follow-up questions to Defendants to assist in the preparation of its inspection report and Defendants provided answers.
- On July 27, 2026, Federal Defendants filed their answer to Plaintiff's complaint, which Defendant CoreCivic joined. Dkt. 39, 40.
- On July 28, 2026, the Court issued its Notice and Order for (1) Early Neutral Evaluation, (2) Case Management Conference, and (3) Pre-ENE Status Conference. Dkt. 41. The July 28, 2026 order requires that the parties file a Joint Discovery Plan, exchange initial disclosures, and submit confidential ENE statements by September 25, 2026.

- On August 10, 2026, the County Public Health Officer issued his inspection report of the Otay Mesa Detention Center pursuant to Section 101045.
- The parties have scheduled a meet and confer to occur via Teams on September 18, 2026, pursuant to Federal Rule of Civil Procedure 26(f) and the Court's order.
- The parties continue to exchange communications regarding the possible resolution of this case.
- Due to unforeseen circumstances in the United States Attorney's Office that occurred on August 19, 2026, undersigned counsel for the Federal Defendants was transferred to the Appeals Section of the United States Attorney's Office on approximately August 27, 2026. Counsel continues to be responsible for handling her existing civil caseload but has now also been assigned multiple criminal appeals. Due to the sudden closure of the United States Attorney's Office on August 20-21, 2026, and counsel's new case obligations, counsel has had to request moderate extensions in multiple cases, several of which have pending deadlines in the next few weeks that have already been extended. Counsel is also scheduled for oral argument before the Ninth Circuit on October 19, 2026, on one of her criminal appeals. Due to these obligations, it will be difficult for Federal Defendants' counsel to meet the approaching deadlines in this case as set forth in the Court's July 28, 2026 order.
- For the foregoing reasons, the parties have agreed to join Federal Defendants' request that the Court issue an order continuing the dates and deadlines in its July 28, 2026 order by four weeks, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) | September 18, 2026 | October 16, 2026 |

| | | |
|---|---|---|
| Deadline for parties to file Joint Discovery Plan, exchange initial disclosures pursuant to Rule 26(a)(1)(A-D), and submit Confidential ENE Statements | September 25, 2026 | October 23, 2026 |
| Pre-ENE Status Conference | October 1, 2026 | October 29, 2026 |
| Early Neutral Evaluation and Case Management Conference | October 2, 2026, at 1:30 p.m. | October 30, 2026, or November 2, 3, or 4, 2026.[1] |

DATED: September 17, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Betsey Boutelle*
BETSEY BOUTELLE
Assistant U.S. Attorney

Attorneys for Federal Defendants

*s/ Anne M. Orcutt*
Daniel P. Struck
Dana M. Keene
Anne M. Orcutt
STRUCK LOVE ACEDO, PLC
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

[1] Defendant CoreCivic's client representative is available to attend the ENE in person on October 30, 2026, or via remote appearance on November 2, 3, or 4, 2026.

Matthew M. Mahoney
WITHAM MAHONEY & ABBOTT, LLP
mahoney@wmalawfirm.com

Attorneys for Defendant CoreCivic, Inc.

DATED: September 17, 2026 DAMON M. BROWN, County Counsel

By: *s/ David M. Stotland*

MICHAEL P. MASTERSON, Supervising Deputy
DAVID M. STOTLAND, Supervising Deputy
Attorneys for Plaintiff, County of San Diego
Email: Michael.Masterson@sdcounty.ca.gov
David.Stotland@sdcounty.ca.gov

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained authorization to affix counsel's electronic signature(s) to this document.

Dated: September 17, 2026

*s/ Betsey Boutelle*
BETSEY BOUTELLE
Assistant United States Attorney