STRUCK LOVE ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
Dana M. Keene, CA Bar #324993
Anne M. Orcutt, AZ Bar #029387
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

WITHAM MAHONEY & ABBOTT, LLP
Matthew M. Mahoney, Bar #211184
401 B Street, Ste. 1900
San Diego, CA 92101
(619) 407-0505
mahoney@wmalawfirm.com

*Attorneys for Defendant CoreCivic, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

COUNTY OF SAN DIEGO, a political subdivision of the State of California,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity; CORECIVIC, INC., a Maryland corporation; and DOES I–50, inclusive.

Defendants.

NO. 26-cv-01520-JES-MSB

**JOINT MOTION TO EXCUSE DEFENDANT CORECIVIC'S PARTY REPRESENTATIVE FROM PERSONALLY APPEARING AT EARLY NEUTRAL EVALUATION**

Magistrate Judge: Honorable Michael S. Berg

Dept.: 2C
Date: October 29, 2026
Time: 9:30 a.m.

Plaintiff and Defendants stipulate and jointly move for an order excusing CoreCivic's party representative from personally appearing at the Early Neutral Evaluation Conference ("ENE") scheduled on October 29, 2026 at 9:30 a.m.

CoreCivic's Deputy General Counsel is based in Tennessee, and she would need to arrange childcare for her minor children for two days, including an overnight, to travel to San Diego for the ENE. She is committed to spending as much time as necessary on Zoom or a telephone conference call to fully explore potential settlement in this matter but requests that she be excused from making a personal appearance. Undersigned counsel will attend the ENE in person for CoreCivic. Plaintiff and the Federal Defendants have no objection to this request.

Therefore, as good cause exists, the parties respectfully request that this Court grant the Joint Motion to excuse CoreCivic's party representative from personally appearing at the ENE

/ / /

/ / /

/ / /

Dated: October 14, 2026

By: s/ Anne M. Orcutt

Daniel P. Struck
Dana M. Keene
Anne M. Orcutt
STRUCK LOVE ACEDO, PLC
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

Matthew M. Mahoney
WITHAM MAHONEY & ABBOTT, LLP
mahoney@wmalawfirm.com

*Attorneys for Defendant CoreCivic, Inc.*

By: s/ Michael P. Masterson (with permission)

Michael P. Masterson, Supervising Deputy
DAMON M. BROWN, County Counsel
Michael.Masterson@sdcounty.ca.gov

David M. Stotland, Supervising Deputy
DAMON M. BROWN, County Counsel
David.Stotland@sdcounty.ca.gov

*Attorneys for Plaintiff County of San Diego*

By: s/ Betsey Boutelle (with permission)

Betsey Boutelle
Assistant United States Attorney
ADAM GORDON, United States Attorney
betsey.boutelle@usdoj.gov

*Attorney for Federal Defendants*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for Plaintiff County of San Diego and Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Kristi Noem, and Todd Lyons and that I have obtained authorization to affix their electronic signature to this document.

Dated: October 15, 2026

By: s/ Anne. M. Orcutt

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 14, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated: October 15, 2026

By: s/ Anne M. Orcutt